IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEEMAH RAMADAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:14-mc-00797 ) JUDGE KNOWLES ) |
| BRIJESH DESAI, | ) ) ) |
| Defendant. | ) |

## REPORT AND RECOMMENDATION

Pursuant to Fed. R. Evid. 201, the Court takes judicial notice of the fact that, on July 25, 2014, Defendant Brijesh Desai filed a Voluntary Petition pursuant to Chapter 7 of the Bankruptcy Code, in the United States Bankruptcy Court for the Middle District of Tennessee, Case No. 3:14-bk-05902. It appears that the automatic stay provisions of 11 U.S.C. § 362 are applicable to the instant proceeding.

The undersigned, therefore, recommends that this action be STAYED pending further orders of the Court.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of service of this Report and Recommendation can constitute a waiver of further appeal of this

Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied,* 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

											_____
											E. Clifton Knowles
											United States Magistrate Judge