UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEEMAH RAMADAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:14-mc-00797 |
| | ) Judge Sharp |
| BRIJESH DESAI, | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation ("R & R") (Docket No. 18) from Magistrate Judge Knowles, recommending that the action, which was improperly terminated on July 10, 2014, be stayed. Neither Party filed an objection to the R & R.

Having reviewed the record of this case as required by Rule 72 of the Federal Rules of Civil Procedure, the Court accepts the R & R. Accordingly, the Court hereby rules as follows:

(1) The R &R (Docket No. 18) is hereby ACCEPTED and APPROVED.

(2) The action is administratively closed pending further order of the Court.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE